IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

TIMOTHY M.,[1]

        Plaintiff,

v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

        Defendant.

No. 6:18-cv-00384-YY

ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge You issued a Findings and Recommendation [43] on May 23, 2019, in which she recommends the Court GRANT the Commissioner's motion to dismiss. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the non-governmental party or parties in this case.

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court adopts Magistrate Judge You's Findings and Recommendation [43]. Accordingly, Plaintiff's claims for compensatory and punitive damages as well as his request for court-ordered premarital counseling are dismissed with prejudice. His claim for benefits is dismissed without prejudice for the period from July 2018 through October 2018, but dismissed with prejudice for any relief he seeks after his benefits were reinstated in November 2018.

IT IS SO ORDERED.

DATED this 10 day of June, 2019.

*Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER